■ EDWARD E. KLEIN, Appellant, v TOWN OF MOUNT PLEASANT et al., Defendants, and ROBERT MARTIN Co., Respondent. [624 NYS2d 869] —Appeal by the plaintiff from a judgment of the Supreme Court, Westchester County (Burchell, J.H.O.), dated May 4, 1992.

Ordered that the judgment is affirmed, with costs, for reasons stated by Judicial Hearing Officer Burchell in his decision dated March 20, 1992. Miller, J. P., Joy, Krausman and Goldstein, JJ., concur.